STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2001

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

01 00096 SOM

| UNITED STATES OF AMERICA, | ) | CR. NO. _____ |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | 21 U.S.C. § 860(a) |
| PAUL JONES, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about March 16, 2001, within the District of Hawaii, PAUL JONES did knowingly and intentionally possess with intent to distribute and distribute cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

/ / /

/ / /

In violation of Title 21, United States Code, Section 860(a).

DATED: March 21, 2001 at Honolulu, Hawaii.

A TRUE BILL.

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney

United States v. Paul Jones
"Indictment"

2